Argued and submitted May 3, reversed and remanded for reconsideration
June 9, 1993

In the Matter of the Compensation of
Carl A. Cox, Claimant.

ROSEBURG FOREST PRODUCTS,
*Petitioner,*

*v.*

Carl A. COX,
*Respondent.*

(WCB 91-07564; CA A75023)

853 P2d 323

Adam T. Stamper, Medford, argued the cause for petitioner. With him on the brief was Cowling & Heysell, Medford.

Edward J. Harri and Malagon, Moore, Johnson, Jensen & Correll, waived appearance for respondent.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).